876

No. 76–1388.  LOWE ET AL. *v.* EUGENE SAND & GRAVEL, INC., ET AL.  Sup. Ct. Ore.  Certiorari denied.  MR. JUSTICE BRENNAN would grant certiorari.

No. 76–6506.  SMITH *v.* WASHINGTON.  Sup. Ct. Wash.  Certiorari denied.  MR. JUSTICE BRENNAN would grant certiorari.

No. 76–1565.  SOUTHERN OHIO COAL CO. ET AL. *v.* UNITED MINE WORKERS OF AMERICA ET AL.  C. A. 6th Cir.  Motions of Bituminous Coal Operators' Assn., Inc., and Chamber of Commerce of the United States for leave to file briefs as *amici curiae* granted.  Certiorari denied.

No. 76–1663.  FREDERICK CONTRACTORS, INC. *v.* METROPOLITAN FEDERAL SAVINGS & LOAN ASSOCIATION OF BETHESDA ET AL.  Ct. App. Md.  Certiorari denied, it appearing that the judgment below rests on adequate state grounds.

No. 76–1678.  CHRISTENSEN, DIRECTOR OF FOOD AND AGRICULTURE OF CALIFORNIA, ET AL. *v.* FEDERAL TRADE COMMISSION ET AL.; and

No. 76–1705.  CALIFORNIA MILK PRODUCERS ADVISORY BOARD ET AL. *v.* FEDERAL TRADE COMMISSION ET AL.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE STEWART would grant certiorari.  Reported below: 549 F. 2d 1321.

No. 76–1694.  MOBIL OIL CORP. *v.* LIGHTCAP ET AL.  Sup. Ct. Kan.  Motion of Northern Distributor Group et al. for leave to file a brief as *amici curiae* granted.  Order entered by MR. JUSTICE WHITE on June 15, 1977, staying issuance of mandate of Supreme Court of Kansas is vacated.  Certiorari denied.  MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of this motion, order, and petition.